## Schedule of Debtor's Companies owned, including active and dissolved

Attached

| Company Name | Notes | Ownership | EIN | S-Corp? | Status | Activity (Taxes Req) | YR Created | State |
|---|---|---|---|---|---|---|---|---|
| Bowersox Tech Inc | Marketplace Inc Ceased Operations Dec 31, 2024 | Ryan Bowersox 100% | 36-4816475 | Yes | Inactive | Need to File 22,23,24 | 2015 | Georgia |
| Cultivate Franchise Corp | Closed as of 9-18-25. Bank acct closed 9-18-25. Entity that all Harvest Farms Income was deposited into starting March 2025 to 9-18-25 | Ryan Bowersox 100% | ? | Yes | Inactive | need to file 25 | 2025 | Georgia |
| Farmtable West Inc (Howell Mill Location) | We had 1 Franchise Location it close Aug 27, 2025. We supposed to get 5% royalties per month from Franchisee but never received any $. Business is out of business. Bank Acct Closed. | Ryan Bowersox 75% / Chi Liu 20% / Phil Coleman 5% | 87-1667379 | Yes | Inactive | All are Filed and Current | 2022 | Georgia |
| Farmtable West Woodstock Inc | Operated since 2018. Closed q1 2025 | Ryan Bowersox 50% / Chi Liu 50% | 82-3401931 | Yes | Inactive | All are Filed and Current | 2018 | Georgia |
| Farmtable West Alpharetta Inc | Planned to open a Cultivate in Woodstock. Never did. Was never any activity in entity | Ryan Bowersox / Chi Liu 50% | 87-2646153 | Yes | Inactive | No Filing of Taxes Needed | 2021 | Georgia |
| Jetsetter Capital Inc | Planned to open a Cultivate in Alpharetta. Never did. Was never any activity in entity | Ryan Bowersox / Chi Liu 50% | 87-1712330 | Yes | Inactive | No Filing of Taxes Needed | 2021 | Georgia |
| Bowersox Innovation Group Inc | Signed over 50% ownership to Dustin Maxwell on Sept 14, 2023 for Debts owed | Beth Bowersox 100% | 85-0882343 | Yes | Still Active | Unknown | 2019 | Georgia |
| Bowerox Family Holdings | entity opened to be a holding company - Put the Biltwise Structures ownership in this entity, because after Bowersox Investment Group Inc went out of business, needed an active Business to house ownership | ? | ? | Yes | Active | Need to file 2025 | 2024 | WY |
| Bowersox Investment Group Inc | Parent Company / Ceased operations Dec 31, 2024 / Bank Acct Officially Closed 9-18-25 | Ryan Bowersox 100% | 86-2198156 | Yes | Inactive | Need to File: 22,23,24 | 2021 | Georgia |
| Bowersox Construction Inc | Opened to do construction for Bowersox Investment Group, Inc properties | Ryan Bowersox 100% | ? | Yes | Inactive | Need to file 23,24 | 2022 | Georgia |
| Bowersox Development Inc | Opened to do the development of Bowersox Investment Group, Inc properties | Ryan Bowersox 100% | ? | Yes | Inactive | No need to file / no business activity | 2022 | Georgia |
| Clarksville Lifestyle Properties Inc | Holding Company for Stanford Mill Property in Clarksville GA. Bank Loan done in this name | Ryan Bowersox 100% | 88-0580169 | Yes | Active | No Need to File. / No Business Activity | 2022 | Georgia |
| Simply Clarksville Inc | Was going to be part of the Development of Simply Clarksville (144 Micro Homes) on the Stanford Mill Property | Ryan Bowersox 100% | 88-0581069 | Yes | Inactive | No Need to File. / No Business Activity | 2022 | Georgia |
| Simply Clarksville Holdings LLC | Was going to be part of the Development of Simply Clarksville (144 Micro Homes) on the Stanford Mill Property | Ryan Bowersox 100% | 92-2439648 | No | Inactive | No Need to File. / No Business Activity | 2023 | Georgia |
| Simply Clarksville Manager LLC | Was going to be part of the Development of Simply Clarksville (144 Micro Homes) on the Stanford Mill Property | Ryan Bowersox 100% | 92-2490843 | No | Inactive | No Need to File. / No Business Activity | 2023 | Georgia |
| Clarkesville Lifestyle Properties Ellison Park Inc | Property Sold in 2024. | Ryan Bowersox 100% | 88-2622687 | Yes | Inactive | No Need to File. / No Business Activity | 2022 | Georgia |
| Ellison Park Holdings LLC | was entity created for future development of Ellison Park | Ryan Bowersox 100% | 92-2253155 | No | Inactive | No Need to File. / No Business Activity | 2023 | Georgia |
| Ellison Park Manager LLC | was entity created for future development of Ellison Park | Ryan Bowersox 100% | 92-2356277 | No | Inactive | No Need to File. / No Business Activity | 2023 | Georgia |
| Habersham Lifestyle Properties Inc | Created for the Cornelia Property we tried to purchase but never did. | Ryan Bowersox 100% | 88-1296550 | No | Inactive | No Need to File. / No Business Activity | 2022 | Georgia |
| Habersham Lifestyle LLC | was an entity for the future development of the Cornelia property - but were unable to purchase the property. | Ryan Bowersox 100% | 92-1786298 | No | Inactive | No Need to File. / No Business Activity | 2023 | Georgia |

| Company | Description | Ownership | EIN | Business Activity | Status | Tax Filing | Year | State |
|---|---|---|---|---|---|---|---|---|
| Bowersox & Defoor Development Inc | Was going to start a development company for the Habersham County properties - no business activity | Ryan Bowersox 100% | 87-4535219 | No | Inactive | No Need to File. / No Business Activity | 2022 | Georgia |
| **Clarkesville Proper Inc** | **Sycamore Property Holding Co** | **Ryan Bowersox 100%** | **88-0651710** | **Yes** | **Active** | **No Need to File.** | **2022** | **Georgia** |
| Goshen Valley Eagles Perch Inc | holding company for a property I tried to purchase in Goshen Valley in Habersham Co | Ryan Bowersox 100% | 88-1228899 | No | Inactive | No need to file | 2022 | Georgia |
| Richards and Bowersox Holdings LLC | Entity created for future Habersham County land purchases | Ryan Bowersox 100% | 88-2344959 | No | Inactive | No need to file / no business activity | 2022 | Georgia |
| CLP Kollock Inc | Entity created for the Kollock Building in downtown Clarksville - ultimiately was unable to purchase property | Ryan Bowersox 100% | 88-2640247 | No | Inactive | No need to file / no business activity | 2022 | Georgia |
| Woodstock Walk LLC | Entity Created for purchase of developing the 2 live work townhome options purchased from Adair Park for $400,000. | Ryan Bowersox 100% | 87-1347560 | No | Inactive | No need to file | 2021 | Georgia |
| Woodstock Lifestyle Properties Inc | Entity Created for the mangement of the 2 live work townhome options purchased from Adair Park for $400,000 once built. | Ryan Bowersox 100% | 87-3536363 | No | Inactive | No need to file | 2021 | Georgia |
| Woodstock Lifestyles LLC | Entity Created for the holding co / ownership of the 2 live work townhome options purchased from Adair Park for $400,000 | Ryan Bowersox 100% | 92-2624301 | No | Inactive | No need to file / no business activity | 2023 | Georgia |
| Storyhouse Apartment Holdings LLC | Attempted to purchase land in Sheridan WY to build apartments | Ryan Bowersox 100% | 92-2748959 | No | Inactive | No need to file / no business activity | 2023 | Wyoming |
| Storyhouse Apartment Manager LLC | Attempted to purchase land in Sheridan WY to build apartments - management co | Ryan Bowersox 100% | 92-2762665 | No | Inactive | No need to file / no business activity | 2023 | Wyoming |
| Save America Inc | Was trying to start a non profit organization to benefit those disproportianately affected by climate change. | Ryan Bowersox 100% | 92-1306252 | No | Inactive | No need to file / no business activity | 2023 | Georgia |
| Innova CX LLC (changed from ESG) | Entity created to sell goods and services to renewable energy and climate tech projects | Bowersox Investment Group Inc 75% / John Meyer 25% | 92-1961983 | No | Inactive | Need to file 22 and 23 / Will be complete and submitted by Oct 31, 2025 | 2023 | Texas |
| Innova Distribution LLC | Entity created to sell goods and services to renewable energy and climate tech projects | Bowersox Investment Group Inc 75% / John Meyer 25% | 92-1980696 | No | Inactive | No need to file / no business activity | 2023 | Texas |
| Carbon Hyve LLC | business to provide carbon credits sales | Planet Hyve LLC 100% | 92-2958200 | No | Inactive | taxes Current | 2023 | Georgia |
| Carbon Hyve AMT LLC | business to provide carbon credits sales services on the retail level / no business activity conducted | Planet Hyve LLC 100% | NA | No | Inactive | taxes Current | 2023 | Georgia |
| Carbon Hyve Tech LLC | was never any business activity | Planet Hyve LLC 100% | NA | No | Inactive | No need to file / no business activity | 2023 | Georgia |
| Planet Hyve LLC | Business that provided climate tech solutions and services. Business Closed Dec 31,2023 | Bowersox Investment Group Inc 51% / Jason Shapiro 49% | 92-3587401 | No | Inactive | 2023 Filed / Taxes Current | 2023 | Georgia |