**Bowersox pending litigation**

1. O'Bonnon et al v. Bowersox et al, 24 CVE 0886, Cherokee Superior court

    Nature of case: suit on defaulted notes ($1.5M claim) Stayed. But see settlement agreement, which gave plaintiffs, *inter alia*, a DSD without new value on Bowersox residence on 6/9/25. Sec. 547 action will be filed. This case is seminal to the filing of this Chapter 11 proceeding.

2. Vergato Design v. Bowersox, et al. (Cherokee Superior) 24 CVE 1631

    Nature of case: commercial dispute, probably frivolous as to Bowersox, who did not guarantee debt. Stayed

3. Murphy v. Bowersox (Cherokee Superior)

    Nature of case: tort, allegedly caused by Bowersox child, under family purpose doctrine. Stayed

4. Meged Funding Corp. v. Bowersox (NY Supreme Court)

    Nature of case: guaranty of MCA (merchant cash advance) debt to Bowersox entity. NY case, *pro se* answer filed, current status unknown

5. Martenson Hasbrouck v. Bowersox (Cherokee State) 24 SCE 0732

    Nature of case: collection of attorneys' fees (consent judgment entered – execution stayed)

6. Vantage v. Bowersox (Cherokee Superior) 24 CVE 0866

    Nature of case: breach of credit card processing agreement re; Marketplace, Inc. Stayed

7. Pride of Iowa, LLC v. Bowersox (Iowa State Court LACV 024620)

    Nature of case – collection/damage claim against Marketplace, inc., and Ryan Bowersox. Stayed